# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2604
LT Case No. 2022-CF-012000-A

_____

JEAN GUIRNO PIERRE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant
Attorney General, Tallahassee, for Appellee.

April 11, 2024

PER CURIAM.

   AFFIRMED.

LAMBERT, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____